IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERMAINE ALEXANDER RAMSEY**                               **PLAINTIFF**

v.                                                                       **No. 4:19CV9-JMV**

**TIMOTHY MORRIS**
**LEE SIMON**
**MRS. STURDEVANT**
**WILLIE KNIGHTEN**
**RICHARD PENNINGTON**
**MARKISHA FIPPS**
**MARSHALL TURNER**                                                   **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION [19] TO
## VACATE REFERRAL TO A MAGISTRATE JUDGE

This matter comes before the court on the motion [19] by the plaintiff to vacate his authorization for a Magistrate Judge to preside over this case. As basis for his motion, the plaintiff argues that he "has never been issued or received any 'Order of Reference,' in regards to the above referral and/or consent to a Magistrate Judge," and, thus, Magistrate Judge jurisdiction is inappropriate in this case. However, as shown by the exhibit attached to this order, Mr. Ramsey consented [6] to Magistrate Judge jurisdiction on January 27, 2019, and the Clerk's Office docketed the consent document on February 5, 2019. *See* attached Exhibit. As such, this argument is without substantive merit.

The plaintiff also argues that the court cannot "conduct[] its own investigation" when reviewing his complaint. Doc. 19 at 1. However, as the court discussed in its order dismissing this case as vexatious, the court may police its docket to ferret out frivolous or vexatious cases which needlessly consume the valuable time of the court and litigants. The court merely reviewed this case and five others and discovered a pattern of abuse spanning those six cases. The court afforded the

plaintiff the opportunity to show that his filings were not abusive, giving him the chance to substantiate the apparently vexatiously-filed claims. He did not do so. For these reasons, the plaintiff's motion [19] to vacate his authorization for a Magistrate Judge to preside over this case is **DENIED**.

**SO ORDERED**, this, the 4th day of October, 2021.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

FILED
FEB 5 2018
DAVID CREWS, CLERK
BY_____ Deputy

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**JERMAINE ALEXANDER RAMSEY**                           **PLAINTIFF**

V.                                                      NO. 4:19cv009

**TIMOTHY MORRIS, ET AL.**                              **DEFENDANT(S)**

### CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes indicating whether you choose to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection and return it to the court.

☒ Consent to Magistrate Judge Jurisdiction

    In accordance with the provisions of 28 U.S.C. §636(c), I voluntarily consent to have a United States Magistrate judge conduct all proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Fifth Circuit.

OR

☐ Decline Magistrate Judge Jurisdiction

    In accordance with the provisions of 28 U.S.C. §636(c), I decline to have a United States magistrate judge conduct all proceedings in this case, and I request that this case be reassigned to a United States District Judge for trial and entry of judgment.

DATE: 1/27/2019                    NAME: Jermaine Alexander Ramsey

                                                                                                                                               Jermaine Ramsey
                                                                                                                                               Signature

**Please return this form to:**

Clerk, U.S. District Court
Pro Se Law Clerk
203 Gilmore Dr.
Amory, MS 38821